UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA G.,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 21-cv-01702-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND** |

Before the Court is the parties' Joint Motion for Voluntary Remand. (ECF No. 15.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the above-captioned matter is remanded to the Social Security Administration ("SSA") for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the SSA will vacate the decision of the Administrative Law Judge ("ALJ") and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.

///

///

///

1 | The Clerk of Court shall enter final judgment in favor of Plaintiff, and against
2 | Defendant, reversing the final decision of the Commissioner.
3 | **IT IS SO ORDERED.**
4 | Dated: October 17, 2022

*(signature)*
Hon. Jill L. Burkhardt
United States Magistrate Judge